SILVER BAY PROPERTIES, INC. v. SIDNEY NEVINS.

January 25, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. NATHANIEL PORTER.

January 25, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES WRIGHT.

January 25, 1983.

Petition for certification granted.   (See 187 *N.J.Super.* 160)

STATE OF NEW JERSEY v. CHARLES WRIGHT.

January 25, 1983.

Cross-petition for certification granted.   (See 187 *N.J.Super.* 160)